No. 151.  GILSTRAP v. SAME.  October 14, 1940.  Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *A. M. Gilstrap, Cora D. Gilstrap, Vera G. White,* pro se, and *Mr. A. L. Wirin* for petitioners.  *Messrs. Felix T. Smith* and *Francis R. Kirkham* for Standard Oil Co. of Ohio, and *Messrs. Oscar Lawler* and *Max Felix* for Standard Oil Co. of California; *Messrs. Homer W. Buckley* and *James H. Oakley* for Earl Warren et al.; and *Messrs. Grove J. Fink* and *Percy E. Towne* for Hearst Publications, Inc., et al., respondents.  Reported below: 108 F. 2d 736.

No. 152.  J. GREENEBAUM TANNING CO. v. NATIONAL LABOR RELATIONS BOARD.  October 14, 1940.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Messrs. John L. McInerney* and *Leon B. Lamfrom* for petitioner.  *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.

No. 153.  CALDWELL v. CALIFORNIA.  October 14, 1940.  Petition for writ of certiorari to the Superior Court in and for the County of Los Angeles, Appellate Department, of California, denied.  *Messrs. William E. Burby* and *G. W. Nix* for petitioner.

No. 154.  UNITED STATES EX REL. DARCY v. SUPERINTENDENT OF COUNTY PRISONS OF PHILADELPHIA, ET AL.  October 14, 1940.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Messrs. Osmond K. Fraenkel, Francis Fisher Kane,* and *Philip Dorfman* for petitioner.  *Mr. Charles F. Kelley* for respondents.